**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| KEI SHONDRA CAMPBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:18-cv-53 |

**O R D E R**

Pursuant to the Court's March 25, 2019 Order, the parties were to file a status report by April 15, 2019. (Doc. 26.) On April 16, 2019, Plaintiff's counsel instead filed a Notice of Settlement and provided that a dismissal pursuant to Fed. R. Civ. P. 41(a) would be filed within sixty (60) days. (Doc. 27.) To date, there have been no further filings made by any party and this case remains on the Court's docket.

Accordingly, the Court hereby ORDERS counsel to file a status report within **seven (7) days** of the date of this Order advising the Court as to the settlement and dismissal of this case.

**SO ORDERED**, this 1st day of July, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA