**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

KEI SHONDRA CAMPBELL,

    Plaintiffs,

v.

BANK OF AMERICA, N.A.,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-53

**O R D E R**

Presently before the Court is the Plaintiff's July 8, 2019 Status Report and August 14, 2019 Notice of Voluntary Dismissal wherein Plaintiff advises that the parties have reached a settlement and dismisses her claims against Defendant. (Docs. 29, 30.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby **DISMISSES** this case **WITH PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 20th day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA